# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DOMINO'S PIZZA, a business of unknown form; SHERMAN WAY PROPERTY GROUP, LLC, a California Limited Liability Company; and DOES 1-10,<br><br>Defendants. | Case No.: CV 18-7406-GW-JEMx<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

[PROPOSED] ORDER
DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Raize Dough Enterprises, Inc.'s Doing Business As Domino's Pizza. ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees. |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Raize Dough Enterprises, Inc.'s Doing Business As Domino's Pizza. ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: October 19, 2018

_____
GEORGE H. WU, U.S. DISTRICT JUDGE